IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KATHERINE RENAY FOX                                                                   PLAINTIFF

v.                                              Case No. 14-2118

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                        DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 13) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 10th day of July, 2015.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE