**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

KATHERINE RENAY FOX                                                                    PLAINTIFF

v.                                        Case No. 14-2118

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                         DEFENDANT

## JUDGMENT

     Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

     IT IS SO ADJUDGED this 10th day of July, 2015.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE